KATHLEEN McGOVERN
Senior Deputy Chief
CHARLES LA BELLA
Deputy Chief
MARY ANN McCARTHY
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 598-2240

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00114-JCM-VCF |
| Plaintiff, | |
| vs. | |
| BEN KIM, | UNOPPOSED MOTION TO CONTINUE SENTENCING |
| Defendant. | |

**COMES NOW,** the United States of America, by and through Kathleen McGovern, Senior Deputy Chief, Charles La Bella, Deputy Chief, and Mary Ann McCarthy, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section, and moves to continue the Sentencing Hearing in the above-captioned matter currently scheduled for October 24, 2012 at 10:00am.  The Government requests this continuance because the attorneys have scheduling conflicts and will be attending to matters in other jurisdictions.  The Government also seeks additional time to properly debrief the defendant prior to his sentencing.  The parties respectfully request this Honorable Court continue the Sentencing Hearing for 30-60 days to allow time for the Government attorneys to travel to Las Vegas to debrief and sentence the defendant.

This is the first request for a continuance of the Sentencing date.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. First, the government attorneys are currently scheduled to be in other jurisdictions on the date of the scheduled sentencing hearing and respectfully request a delay to allow an attorney to be present at the time of the hearing.

2. Second, in paragraph 29 of his Plea Agreement, the defendant agreed to cooperate at the request of the United States in any investigation regarding persons or matters of which the defendant has knowledge. The defendant had relationships with persons who are currently under investigation for their involvement in a fraudulent scheme to control homeowners associations in the Las Vegas area. The government requests additional time to allow the attorneys to travel to Las Vegas to properly debrief the defendant regarding his knowledge of these persons and matters prior to his sentencing.

3. The defendant's Plea Agreement affords the defendant potential consideration for a downward departure at the time of sentencing if the defendant has provided substantial assistance to the United States, including the possibility of a United States Sentencing Guideline (U.S.S.G.) § 5K1.1 Motion.

4. Counsel for the United States has spoken with counsel for the defendant and he has agreed that the requested continuance is in the interest of justice and does not oppose the continuance sought herein. The defendant is not in custody and will remain at liberty on his personal recognizance.

5. Denial of this request for continuance would deny the parties sufficient time and opportunity to develop the defendant's cooperation against the related co-conspirators and targets and prepare related cases for prosecution.

6. Furthermore, denial of this request for continuance could result in a miscarriage of justice.

**DATED** this _17_ day of October, 2012.

        DENIS J. McINERNEY  
        Chief  
        United States Department of Justice,  
        Criminal Division, Fraud Section

        //s//

        _____  
        KATHLEEN McGOVERN  
        Senior Deputy Chief  
        CHARLES LA BELLA  
        Deputy Chief  
        MARY ANN McCARTHY  
        Trial Attorney  
        United States Department of Justice  
        Criminal Division, Fraud Section

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) 2:12-cr-00114-JCM-VCF |
| Plaintiff, | ) |
| vs. | ) |
| | ) **PROPOSED** |
| **BEN KIM,** | ) **ORDER - UNOPPOSED** |
| | ) **MOTION TO** |
| | ) **CONTINUE SENTENCING** |
| Defendant. | ) |

## FINDINGS OF FACT

Based on the Government's pending Unopposed Motion to Continue Sentencing, and good cause appearing therefore, the Court hereby finds that:

1. The parties are in agreement to continue the Sentencing date as presently scheduled.

2. This Court is convinced that an adequate showing has been made that to deny this request for continuance, taking into account the exercise of due diligence, would deny the United States sufficient time to be able to effectively debrief the defendant and would bar the defendant from the opportunity to cooperate and potentially receive a downward departure at the time of sentencing. This decision is based on the following findings:

   a. The defendant agreed in his plea agreement to cooperate at the request of the United States against persons or in matters in which he has knowledge.

   b. The United States agreed to consider a downward sentencing concession for the defendant's cooperation, including a possible U.S.S.G. 5K1.1 Motion if substantial assistance resulted from such cooperation.

   c. In addition, the government attorneys have scheduling conflicts and are not able to travel to Las Vegas for the currently scheduled sentencing hearing.

   d. The defendant does not object to the continuance.

  e. The defendant is out of custody.

  3. For all the above-stated reasons, the ends of justice would be served by continuing the Sentencing date.

## ORDER

**IT IS THEREFORE ORDERED** that the Sentencing date currently set for October 24, 2012 at 10:00am, is vacated and the same is continued until 12-3-2012 at 10:00 a.m.

**DATED** October 18, 2012.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE